prosecutor was permitted to state to the jury, "[W]hen I say undisputed, I mean there was no evidence to the contrary, it was uncontroverted. Okay? Nothing came in from that witness stand to contradict the things I'm telling you. And I know you will recall that." Those comments made throughout the prosecutor's summation placed an improper emphasis on defendant's decision not to testify. Because it cannot be said that there is no reasonable possibility that the offensive comments might have contributed to the conviction, we conclude that the error is not harmless and that reversal is required (*see, People v Crimmins,* 36 NY2d 230, 240-241).

Because reversal is required, we note additionally that County Court erred in *sua sponte* instructing the prospective jurors during voir dire regarding defendant's right not to testify and that no unfavorable inference is to be drawn therefrom (*cf.,* CPL 300.10 [2]). The court also erred in asking defense counsel in the jury's presence whether he wanted the court to give a no unfavorable inference charge.

We have reviewed defendant's remaining contentions and conclude that they are without merit. (Appeal from Judgment of Oneida County Court, Mulroy, J.—Rape, 2nd Degree.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.

■ STEVE GENERAL CONTRACTOR, INC., Appellant, v BOARD OF EDUCATION OF CITY OF ROCHESTER, Respondent. [682 NYS2d 366] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Dismiss Pleading.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.

■ LISA L. (STULL) PUCCIO, Respondent, v EDWARD P. STULL, Appellant. (Appeal No. 1.) [683 NYS2d 689] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Purple, Jr., J. (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Matrimonial.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.

■ LISA L. (STULL) PUCCIO, Respondent, v EDWARD P. STULL, Appellant. (Appeal No. 2.) [682 NYS2d 367] —Appeal unanimously dismissed without costs (*see, Kuhn v Kuhn,* 129 AD2d 967). (Appeal from Decision of Supreme Court, Steuben County, Purple, Jr., J.—Matrimonial.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.

■ In the Matter of SHARON FOSTER, Appellant, v CARTHAGE CENTRAL SCHOOL DISTRICT, Respondent. [683 NYS2d 688] —Judg-